Nigel Burns, Esq. SBN 202576
Nicholas Stahl, Esq. SBN 296813
THE LAW OFFICES OF NIGEL BURNS
800 West 1st Street, Suite 401-12
Los Angeles, California 90012
Telephone: (213) 687-8080
Fax: (213) 687-8383

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LMAJ, LLC<br>a Delaware limited liability company<br><br>Plaintiff(s),<br>v.<br>JULIAN MICHALOWSKI, an individual; MALANTE HAYWORTH, an individual; JOSHUA GINSBERG, an individual; and STEVEN LOEB, an individual; and JASON LOEB, an individual; and DOES 1 through 100  Defendant(s). | CASE NUMBER<br>8:21-cv-01533-JLS-ADS<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

October 6, 2021
Date

_[signature]_
Signature of Attorney/Party

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)    NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)